BRIAN J. STRETCH (CABN 163973)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    FAX: (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 15-03105 YGR |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | STIPULATION TO DISMISS |
| | ) | AND [~~PROPOSED~~] ORDER |
| KEITH NGO, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

      Petitioner, United States of America and Respondent, Keith Ngo, through their respective

counsel, do hereby stipulate and agree that this matter be dismissed without prejudice, each party to bear

their own costs and attorney's fees.


                                 BRIAN J. STRETCH
                                 United States Attorney


_____/s/_____      _____/s/_____

DAVID B. PORTER                   THOMAS MOORE
Law Office of David B. Porter         Assistant United States Attorney
Attorney for Respondent           Chief, Tax Division
Keith Ngo


      PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~August 2, 2017~~                              
                             UNITED STATES DISTRICT JUDGE
                             YVONNE GONZALEZ ROGERS